# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ELENA CLARK,**

    **Plaintiff,**

vs.                                             **CASE NO. 5:08cv75-RH/WCS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court upon the Plaintiff's motion to dismiss, doc. 14. Plaintiff advises that claimant does not want to proceed with her complaint and certifies that counsel for the Defendant has no objection to the motion.

It is therefore **RECOMMENDED** that Plaintiff's complaint be DISMISSED without prejudice.

**IN CHAMBERS** at Tallahassee, Florida on August 20, 2008.

                      S/ William C. Sherrill, Jr.
                      **WILLIAM C. SHERRILL, JR.**
                      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

      A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 5:08cv75-RH/WCS